# MAXIM MAXIMOV, LLP

**ATTORNEYS AT LAW**

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570


June 26, 2014

**VIA ECF**
Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


    RE:    Index No. 1:14-cv-02710-FB-VMS
                   **Landau v. Viking Client Services, Inc.**


Dear Honorable Magistrate Judge Scanlon:

    I represent the plaintiff in the above referenced matter and am informing the Court that the case has just settled.

    Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

    Thank you for Your Honor's time and attention to this matter.


                                                     Very truly yours,

                                                   /s/ Maxim Maximov

                                                   Maxim Maximov, Esq.