UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| LEAH LANDAU on behalf of herself and all other similarly situated consumers<br><br>             Plaintiff,<br><br>     -against-<br><br>VIKING CLIENT SERVICES, INC.<br><br>             Defendant. | **Index# 1:14-cv-02710-FB-VMS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

_____

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
            September 8, 2014

                                            __/s/ Maxim Maximov_____
                                            Maxim Maximov, Esq.
                                            Maxim Maximov, LLP
                                            Attorney for the Plaintiff
                                            1701 Avenue P
                                            Brooklyn, New York 11229
                                            Office: (718) 395-3459
                                            Facsimile: (718) 408-9570
                                            E-mail: m@maximovlaw.com